Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–19249–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chris Fillius
81 Greenwood Drive
Turnersville, NJ 08012

Joanne C Pezzano
aka Joanne C. Pezzano–Fillius
81 Greenwood Drive
Turnersville, NJ 08012

Social Security No.:
xxx–xx–4075

xxx–xx–1132

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 5, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 5, 2018
JAN: cmf

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-19249-JNP
Chris Fillius                                                   Chapter 13
Joanne C Pezzano
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2       Date Rcvd: Jun 05, 2018
                             Form ID: 148             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db/jdb         +Chris Fillius,    Joanne C Pezzano,    81 Greenwood Drive,    Turnersville, NJ 08012-2156
517545095       AT&T Wireless,    Atlanta, GA 30353
517545093      +Bureau of Accounts Control,    3601 US Route 9,    Howell, NJ 07731-3395
517515963      +COMENITYCAPITALBANK/SMPL,    COMENITYCAPITALBNK/JDWILLIAMS,    PO BOX 182120,
                 COLUMBUS, OH 43218-2120
517545083      +COMENITYCAPITALBNK/SMPL,    PO BOX 182120,    COLUMBUS, OH 43218-2120
517515964      +COMMUNITY SURGICAL SUPPLY,    1390 ROUTE 37W,    TOMS RIVER, NJ 08755-4924
517545094      +Hamilton Law,    PO Box 90301,    Allentown, PA 18109-0301
517515965       MIDLAND MORTGAGE/MIDFIRST,    PO BOX 268959,    OAKLAHOMA CITY, OK 73126-8959
517515966       MIDNIGHT VELVET,    112 7TH AVENUE BOX 2816,    MONROE, WI 53566
517515967       NAVY FEDERAL CR UN,    PO BOX 3700,    MERRYFIELD, VA 22119-3700
517515968      +NAVY FEDERAL CREDIT UNION,    PO BOX 3700,    ATTN: CBR DISPUTES,    MERRIFIELD, VA 22116-3700
517515969      +NOVA AN PROFESSIONALS,    1501 MT PLEASANT ROAD,    VILLANOVA, PA 19085-2112
517515970       REGIONAL ACCEPTANCE CORP,    1424E EAST FIRE TOWER ROAD,    GREENVILLE, NC 27858
517515971      +SANTANDER BANK NA,    PO BOX 841002,    BOSTON, MA 02284-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517515960       EDI: CAPITALONE.COM Jun 06 2018 02:53:00      CAPITAL ONE,    PO BOX 30253,
                 SALT LAKE CITY, UT 84130-0253
517515961      +EDI: CAPITALONE.COM Jun 06 2018 02:53:00      CAPITAL ONE BANK USA NA,    PO BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
517515962       EDI: WFNNB.COM Jun 06 2018 02:53:00      COMENITY BANK/VCTRSSEC,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
517515958       EDI: CBSAAFES.COM Jun 06 2018 02:53:00      ARMY AIRFORCE EXCHANGE,    3911 S WALTON WALKER BLVD,
                 DALLAS, TX 75236-1509
517515959       EDI: CBSAAFES.COM Jun 06 2018 02:53:00      ARMY/AIR FORCE EXCHANGE,    PO BOX 650410,
                 DALLAS, TX 75265-0410
517515972      +EDI: CBS7AVE Jun 06 2018 02:53:00      SEVENTH AVENUE,    1515 S 21TH STREET,
                 CLINTON, IA 52732-6676
517515973       EDI: USAA.COM Jun 06 2018 02:53:00      USAA FED SVG BK - SAN AN,    PO BOX 47504,
                 SAN ANTONIO, TX 78265-7504
517515974       EDI: USAA.COM Jun 06 2018 02:53:00      USAA SAVINGS BANK,    10750 MCDERMOTT FWY,
                 SAN ANTONIO, TX 78288-1600
517515975      +EDI: VERIZONCOMB.COM Jun 06 2018 02:53:00      VERIZON,    500 TECHNOLOGY DR, SUITE 300,
                 WELDON SPRING, MO 63304-2225
517515976      +EDI: BLUESTEM Jun 06 2018 02:53:00      WEBBANK/FINGERHUT,    6250 RIDGEWOOD ROAD,
                 SAINT CLOUD, MN 56303-0820
                                                                                             TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517545053       Internal Revenue Service,    IRS.gov,    Online Payments,    No Address Given
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Jun 05, 2018
                               Form ID: 148             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vera   McCoy    on behalf of Joint Debtor Joanne C Pezzano vmbankruptcy@yahoo.com
          Vera   McCoy    on behalf of Debtor Chris   Fillius vmbankruptcy@yahoo.com
                                                                                  TOTAL: 5