UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 15, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Chris Fillius and Joanne Pezzano

Case No.: 18-19249

Chapter: 13

Judge: Poslusny

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: June 15, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Vera McCoy, counsel for debtors_____ for the reduction of time for a hearing on __Motion to Reinstate Case_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____June 26, 2018_____ at _10:00 AM_ in the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ_____, Courtroom No. ___4C___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_Trustee and All Interested Parties_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☐ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

⊠ must be filed with the Court and served on all parties in interest by electronic or overnight mail \_\_\_\_1\_\_\_\_ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ⊠ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*