Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–19249–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chris Fillius
81 Greenwood Drive
Turnersville, NJ 08012

Joanne C Pezzano
aka Joanne C. Pezzano–Fillius
81 Greenwood Drive
Turnersville, NJ 08012

Social Security No.:
xxx–xx–4075

xxx–xx–1132

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         8/15/18
Time:         09:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 3, 2018
JAN: jpl

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-19249-JNP
Chris Fillius                                                   Chapter 13
Joanne C Pezzano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jul 03, 2018
                              Form ID: 132             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.
```
db/jdb         +Chris Fillius,    Joanne C Pezzano,    81 Greenwood Drive,    Turnersville, NJ 08012-2156
517545095       AT&T Wireless,    Atlanta, GA 30353
517545093      +Bureau of Accounts Control,    3601 US Route 9,    Howell, NJ 07731-3395
517515963      +COMENITYCAPITALBANK/SMPL,    COMENITYCAPITALBNK/JDWILLIAMS,    PO BOX 182120,
                 COLUMBUS, OH 43218-2120
517545083      +COMENITYCAPITALBNK/SMPL,    PO BOX 182120,    COLUMBUS, OH 43218-2120
517515964      +COMMUNITY SURGICAL SUPPLY,    1390 ROUTE 37W,    TOMS RIVER, NJ 08755-4924
517545094      +Hamilton Law,    PO Box 90301,    Allentown, PA 18109-0301
517515965       MIDLAND MORTGAGE/MIDFIRST,    PO BOX 268959,    OAKLAHOMA CITY, OK 73126-8959
517515966       MIDNIGHT VELVET,    112 7TH AVENUE BOX 2816,    MONROE, WI 53566
517515967       NAVY FEDERAL CR UN,    PO BOX 3700,    MERRYFIELD, VA 22119-3700
517515968      +NAVY FEDERAL CREDIT UNION,    PO BOX 3700,    ATTN: CBR DISPUTES,    MERRIFIELD, VA 22116-3700
517515969      +NOVA AN PROFESSIONALS,    1501 MT PLEASANT ROAD,    VILLANOVA, PA 19085-2112
517515970       REGIONAL ACCEPTANCE CORP,    1424E EAST FIRE TOWER ROAD,    GREENVILLE, NC 27858
517515971      +SANTANDER BANK NA,    PO BOX 841002,    BOSTON, MA 02284-1002
517515973       USAA FED SVG BK - SAN AN,    PO BOX 47504,    SAN ANTONIO, TX 78265-7504
517515974       USAA SAVINGS BANK,    10750 MCDERMOTT FWY,    SAN ANTONIO, TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2018 23:05:10     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2018 23:05:08     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517515960       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2018 23:10:30     CAPITAL ONE,
                 PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517515961      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2018 23:10:30
                 CAPITAL ONE BANK USA NA,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
517515962       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2018 23:04:56     COMENITY BANK/VCTRSSEC,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
517515958       E-mail/Text: BankruptcyNotices@aafes.com Jul 03 2018 23:04:18     ARMY AIRFORCE EXCHANGE,
                 3911 S WALTON WALKER BLVD,    DALLAS, TX 75236-1509
517515959       E-mail/Text: BankruptcyNotices@aafes.com Jul 03 2018 23:04:18     ARMY/AIR FORCE EXCHANGE,
                 PO BOX 650410,    DALLAS, TX 75265-0410
517620424       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2018 23:09:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital III, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517586735      +E-mail/Text: bankruptcy@sccompanies.com Jul 03 2018 23:06:09     Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517581006      +E-mail/Text: ext_ebn_inbox@navyfederal.org Jul 03 2018 23:06:02     Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
517594519       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 03 2018 23:09:59     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
517515972      +E-mail/Text: bankruptcy@sccompanies.com Jul 03 2018 23:06:09     SEVENTH AVENUE,
                 1515 S 21TH STREET,    CLINTON, IA 52732-6676
517586736      +E-mail/Text: bankruptcy@sccompanies.com Jul 03 2018 23:06:09     Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517515975      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 03 2018 23:04:09
                 VERIZON,    500 TECHNOLOGY DR, SUITE 300,    WELDON SPRING, MO 63304-2225
517623501      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2018 23:09:38     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517515976      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 03 2018 23:05:42     WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 16
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517545053       Internal Revenue Service,    IRS.gov,    Online Payments,    No Address Given
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2                    Date Rcvd: Jul 03, 2018
                              Form ID: 132             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Vera   McCoy    on behalf of Joint Debtor Joanne C Pezzano vmbankruptcy@yahoo.com
              Vera   McCoy    on behalf of Debtor Chris   Fillius vmbankruptcy@yahoo.com
                                                                                            TOTAL: 5
```