| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | Order Filed on October 11, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Chris Fillius and Joanne Pezzano,<br><br>Debtors. | Case No.: 18-19249 JNP<br>Adv. No.:<br>Hearing Date: 8/15/18 @ 9:00 a.m.<br>Judge: Jerrold N. Poslusny |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 11, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:     Chris Fillius and Joanne Pezzano
Case No.:    18-19249 JNP
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, holder of a mortgage on real property located at 81 Greenwood Drive, Washington Township, NJ. 08012, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Vera McCoy, attorney for Debtors, Chris Fillius and Joanne Pezzano, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors will pay the arrearage claim of Midfirst Bank as filed through the Chapter 13 plan, but reserve their right to object to same; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors will make regular monthly payments in accordance with the terms of the note and mortgage and appropriate payment change notices, and reserve their right to object to same; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.