| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | Order Filed on October 11, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Chris Fillius and Joanne Pezzano,<br><br>Debtors. | Case No.: 18-19249 JNP<br>Adv. No.:<br>Hearing Date: 8/15/18 @ 9:00 a.m.<br>Judge: Jerrold N. Poslusny |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 11, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:      Chris Fillius and Joanne Pezzano
Case No.:     18-19249 JNP
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, holder of a mortgage on real property located at 81 Greenwood Drive, Washington Township, NJ. 08012, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Vera McCoy, attorney for Debtors, Chris Fillius and Joanne Pezzano, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors will pay the arrearage claim of Midfirst Bank as filed through the Chapter 13 plan, but reserve their right to object to same; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors will make regular monthly payments in accordance with the terms of the note and mortgage and appropriate payment change notices, and reserve their right to object to same; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Chris Fillius  
Joanne C Pezzano  
    Debtors

Case No. 18-19249-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 11, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.  
db/jdb         +Chris Fillius,    Joanne C Pezzano,    81 Greenwood Drive,    Turnersville, NJ 08012-2156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:

         Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com, BNCmail@w-legal.com  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         Vera   McCoy    on behalf of Debtor Chris   Fillius vmbankruptcy@yahoo.com  
         Vera   McCoy    on behalf of Joint Debtor Joanne C Pezzano vmbankruptcy@yahoo.com

                                                                                             TOTAL: 9