**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security    0  Assumption of Executory Contract or Unexpired Lease    0  Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: 18-19249

Chris Fillius & Joanne Pezzano-Fillius    Judge: JN Poslusny

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 02/14/2019

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __VMc__    Initial Debtor: __CF__    Initial Co-Debtor: __JPF__

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____888.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____Mar. 1, 2018_____ for approximately _____60_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

   ☒    Future earnings

   ☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

   ☐ Sale of real property
   Description:
   Proposed date for completion: _____

   ☐ Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐ Loan modification with respect to mortgage encumbering property:
   Description:
   Proposed date for completion: _____

d.  ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ ___1,916.97___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____Midfirst Bank_____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

      a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1000.00 |
| DOMESTIC SUPPORT OBLIGATION | N/A | |

      b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☒ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| IRS | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount.<br><br>Income taxes | $26,000.00 | $433.00 |

## Part 4:  Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Midfirst Bank | primary residence | $27,275.87 | | $455.00 | 1,916.97 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments   ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender  ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☒ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorneys' fees
3) IRS
4) Midfirst Bank

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification  ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 2/14/2019                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To include IRS payments & attorneys fees | The trustee payments are increased. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 2/14/2019                                   /s/Chris Fillius
                                                  Debtor

Date: 2/14/2019                                   /s/Joanne Pezzano
                                                  Joint Debtor

Date: 2/14/2019                                   /s/Vera McCoy, Esq.
                                                  Attorney for Debtor(s)

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 18-19249-JNP
Chris Fillius                                                 Chapter 13
Joanne C Pezzano
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2             Date Rcvd: Feb 19, 2019
                             Form ID: pdf901          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db/jdb         +Chris Fillius,   Joanne C Pezzano,   81 Greenwood Drive,   Turnersville, NJ 08012-2156
cr             +USAA Federal Savings Bank,   c/o Weinstein & Riley, P.S.,   11 Broadway, Suite 615,
                 New York, NY 10004-1490
517545095       AT&T Wireless,    Atlanta, GA 30353
517545093      +Bureau of Accounts Control,   3601 US Route 9,   Howell, NJ 07731-3395
517515964      +COMMUNITY SURGICAL SUPPLY,   1390 ROUTE 37W,   TOMS RIVER, NJ 08755-4924
517545094      +Hamilton Law,   PO Box 90301,   Allentown, PA 18109-0301
517515965       MIDLAND MORTGAGE/MIDFIRST,   PO BOX 268959,   OKLAHOMA CITY, OK 73126-8959
517515966       MIDNIGHT VELVET,    112 7TH AVENUE BOX 2816,   MONROE, WI  53566
517688647      +MidFirst Bank,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6051
517515969      +NOVA AN PROFESSIONALS,   1501 MT PLEASANT ROAD,   VILLANOVA, PA 19085-2112
517515970       REGIONAL ACCEPTANCE CORP,   1424E EAST FIRE TOWER ROAD,    GREENVILLE, NC  27858
517515971      +SANTANDER BANK NA,   PO BOX 841002,   BOSTON, MA 02284-1002
517515973       USAA FED SVG BK - SAN AN,   PO BOX 47504,   SAN ANTONIO, TX 78265-7504
517515974       USAA SAVINGS BANK,   10750 MCDERMOTT FWY,   SAN ANTONIO, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 01:26:03    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 01:26:00    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517515960       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2019 01:34:33    CAPITAL ONE,
                 PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517515961      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2019 01:33:37
                 CAPITAL ONE BANK USA NA,   PO BOX 30281,   SALT LAKE CITY, UT 84130-0281
517515962       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2019 01:25:53    COMENITY BANK/VCTRSSEC,
                 PO BOX 182789,   COLUMBUS, OH 43218-2789
517515963      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2019 01:25:53    COMENITYCAPITALBANK/SMPL,
                 COMENITYCAPITALBNK/JDWILLIAMS,   PO BOX 182120,   COLUMBUS, OH 43218-2120
517545083      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2019 01:25:53    COMENITYCAPITALBNK/SMPL,
                 PO BOX 182120,   COLUMBUS, OH 43218-2120
517515958       E-mail/Text: BankruptcyNotices@aafes.com Feb 20 2019 01:25:22    ARMY AIRFORCE EXCHANGE,
                 3911 S WALTON WALKER BLVD,   DALLAS, TX  75236-1509
517515959       E-mail/Text: BankruptcyNotices@aafes.com Feb 20 2019 01:25:23    ARMY/AIR FORCE EXCHANGE,
                 PO BOX 650410,   DALLAS, TX 75265-0410
517637289       E-mail/Text: BankruptcyNotices@aafes.com Feb 20 2019 01:25:23
                 Army & Air Force Exchange Services,   Attention GC-G,   3911 S. Walton Walker Blvd.,
                 Dallas, TX 75236
518031207      +E-mail/Text: cio.bncmail@irs.gov Feb 20 2019 01:25:37    IRS,
                 IRS Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
517620424       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 01:32:50
                 LVNV Funding, LLC its successors and assigns as,   assignee of NCOP Capital III, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517586735      +E-mail/Text: bankruptcy@sccompanies.com Feb 20 2019 01:26:54    Midnight Velvet,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
517515967       E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 20 2019 01:26:48    NAVY FEDERAL CR UN,
                 PO BOX 3700,   MERRYFIELD, VA  22119-3700
517515968      +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 20 2019 01:26:48    NAVY FEDERAL CREDIT UNION,
                 PO BOX 3700,   ATTN: CBR DISPUTES,   MERRIFIELD, VA 22116-3700
517581006      +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 20 2019 01:26:48    Navy Federal Credit Union,
                 PO Box 3000,   Merrifield, VA 22119-3000
517594519       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 20 2019 01:34:37    Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
517515972      +E-mail/Text: bankruptcy@sccompanies.com Feb 20 2019 01:26:54    SEVENTH AVENUE,
                 1515 S 21TH STREET,   CLINTON, IA 52732-6676
517586736      +E-mail/Text: bankruptcy@sccompanies.com Feb 20 2019 01:26:54    Seventh Avenue,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
517731736      +E-mail/Text: bncmail@w-legal.com Feb 20 2019 01:26:07    USAA Federal Savings Bank,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Suite 400,   Seattle, WA 98121-3132
517515975      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 20 2019 01:25:18
                 VERIZON,   500 TECHNOLOGY DR, SUITE 300,   WELDON SPRING, MO 63304-2225
517623501      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2019 01:32:50    Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517515976      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 20 2019 01:26:28    WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,   SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517545053       Internal Revenue Service,   IRS.gov,   Online Payments,   No Address Given
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 19, 2019
                              Form ID: pdf901          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
              Charles H. Jeanfreau    on behalf of Creditor   USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Keri P. Ebeck    on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Vera  McCoy     on behalf of Debtor Chris   Fillius vmbankruptcy@yahoo.com
              Vera  McCoy     on behalf of Joint Debtor Joanne C Pezzano vmbankruptcy@yahoo.com
                                                                                             TOTAL: 9
```