Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−19249−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chris Fillius
81 Greenwood Drive
Turnersville, NJ 08012

Joanne C Pezzano
aka Joanne C. Pezzano−Fillius
81 Greenwood Drive
Turnersville, NJ 08012

Social Security No.:
xxx−xx−4075                                                  xxx−xx−1132

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on September 5, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 5, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 18-19249-JNP
Chris Fillius                                                                            Chapter 13
Joanne C Pezzano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 05, 2019
                              Form ID: 148             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2019.
db/jdb         +Chris Fillius,   Joanne C Pezzano,    81 Greenwood Drive,   Turnersville, NJ 08012-2156
cr             +USAA Federal Savings Bank,   c/o Weinstein & Riley, P.S.,    11 Broadway, Suite 615,
                 New York, NY 10004-1490
517545095       AT&T Wireless,    Atlanta, GA 30353
517545093      +Bureau of Accounts Control,   3601 US Route 9,    Howell, NJ 07731-3395
517515964      +COMMUNITY SURGICAL SUPPLY,   1390 ROUTE 37W,    TOMS RIVER, NJ 08755-4924
517545094      +Hamilton Law,    PO Box 90301,   Allentown, PA 18109-0301
517515965       MIDLAND MORTGAGE/MIDFIRST,   PO BOX 268959,    OAKLAHOMA CITY, OK  73126-8959
517515966       MIDNIGHT VELVET,   112 7TH AVENUE BOX 2816,    MONROE, WI  53566
517688647      +MidFirst Bank,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6051
517515969      +NOVA AN PROFESSIONALS,   1501 MT PLEASANT ROAD,    VILLANOVA, PA 19085-2112
517515970       REGIONAL ACCEPTANCE CORP,   1424E EAST FIRE TOWER ROAD,    GREENVILLE, NC  27858
517515971      +SANTANDER BANK NA,   PO BOX 841002,   BOSTON, MA 02284-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2019 01:12:42    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2019 01:12:40    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517515960       EDI: CAPITALONE.COM Sep 06 2019 04:43:00     CAPITAL ONE,   PO BOX 30253,
                 SALT LAKE CITY, UT 84130-0253
517515961      +EDI: CAPITALONE.COM Sep 06 2019 04:43:00     CAPITAL ONE BANK USA NA,   PO BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
517515962       EDI: WFNNB.COM Sep 06 2019 04:43:00     COMENITY BANK/VCTRSSEC,   PO BOX 182789,
                 COLUMBUS, OH  43218-2789
517515963      +EDI: WFNNB.COM Sep 06 2019 04:43:00     COMENITYCAPITALBANK/SMPL,
                 COMENITYCAPITALBNK/JDWILLIAMS,   PO BOX 182120,    COLUMBUS, OH 43218-2120
517545083      +EDI: WFNNB.COM Sep 06 2019 04:43:00     COMENITYCAPITALBNK/SMPL,   PO BOX 182120,
                 COLUMBUS, OH 43218-2120
517515958       EDI: CBSAAFES.COM Sep 06 2019 04:43:00     ARMY AIRFORCE EXCHANGE,   3911 S WALTON WALKER BLVD,
                 DALLAS, TX  75236-1509
517515959       EDI: CBSAAFES.COM Sep 06 2019 04:43:00     ARMY/AIR FORCE EXCHANGE,   PO BOX 650410,
                 DALLAS, TX 75265-0410
517637289       EDI: CBSAAFES.COM Sep 06 2019 04:43:00     Army & Air Force Exchange Services,   Attention GC-G,
                 3911 S. Walton Walker Blvd.,   Dallas, TX 75236
518031207      +EDI: IRS.COM Sep 06 2019 04:43:00     IRS,   IRS Centralized Insolvency Operation,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517620424       EDI: RESURGENT.COM Sep 06 2019 04:43:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of NCOP Capital III, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517586735      +EDI: CBS7AVE Sep 06 2019 04:43:00     Midnight Velvet,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
517515967       EDI: NFCU.COM Sep 06 2019 04:43:00     NAVY FEDERAL CR UN,   PO BOX 3700,
                 MERRYFIELD, VA  22119-3700
517515968      +EDI: NFCU.COM Sep 06 2019 04:43:00     NAVY FEDERAL CREDIT UNION,   PO BOX 3700,
                 ATTN:  CBR DISPUTES,   MERRIFIELD, VA 22116-3700
517581006      +EDI: NFCU.COM Sep 06 2019 04:43:00     Navy Federal Credit Union,   PO Box 3000,
                 Merrifield, VA 22119-3000
517594519       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 06 2019 01:16:41    Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
517515972      +EDI: CBS7AVE Sep 06 2019 04:43:00     SEVENTH AVENUE,   1515 S 21TH STREET,
                 CLINTON, IA 52732-6676
517586736      +EDI: CBS7AVE Sep 06 2019 04:43:00     Seventh Avenue,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
517515973       EDI: USAA.COM Sep 06 2019 04:43:00     USAA FED SVG BK - SAN AN,   PO BOX 47504,
                 SAN ANTONIO, TX 78265-7504
517731736      +E-mail/Text: bncmail@w-legal.com Sep 06 2019 01:12:53    USAA Federal Savings Bank,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Suite 400,   Seattle, WA 98121-3132
517515974       EDI: USAA.COM Sep 06 2019 04:43:00     USAA SAVINGS BANK,   10750 MCDERMOTT FWY,
                 SAN ANTONIO, TX 78288-1600
517515975      +EDI: VERIZONCOMB.COM Sep 06 2019 04:43:00     VERIZON,   500 TECHNOLOGY DR, SUITE 300,
                 WELDON SPRING, MO 63304-2225
517623501      +EDI: AIS.COM Sep 06 2019 04:43:00     Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517515976      +EDI: BLUESTEM Sep 06 2019 04:43:00     WEBBANK/FINGERHUT,   6250 RIDGEWOOD ROAD,
                 SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 25

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 05, 2019
                              Form ID: 148             Total Noticed: 37
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517545053       Internal Revenue Service,   IRS.gov,   Online Payments,   No Address Given
518036853*     +IRS Centralized Insolvency Operation,   PO Box 7346,   Philadelphia PA 19101-7346
                                                                            TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
          Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank
           charles.jeanfreau@mccalla.com,   BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vera   McCoy    on behalf of Debtor Chris   Fillius vmbankruptcy@yahoo.com
          Vera   McCoy    on behalf of Joint Debtor Joanne C Pezzano vmbankruptcy@yahoo.com
                                                                                              TOTAL: 9
```